CRIMINAL DOCKET - U.S. District Court

| PO | 0975 | 1 | Assigned 7509 |
|----|------|---|------|

7509

Mid.

Felony ☒  District  Off  Judge/Magistr.

☐ WRIT
☐ JUVENILE
☐ ALIAS

U.S. vs.

BRUCE, JEFFREY JAMES   (LAST, FIRST, MIDDLE)

OFFENSE ON INDEX CARD

| Mo | Day | Yr. | Docket No. | Def. |
|----|-----|-----|-----------|------|
| 05 | 13 | 93 | 93 00224 HMF | 05 |

No of Def's 6   U.S. MAG CASE NO.

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | GUILTY |
|---|---|---|---|---|
| 18:371 | Conspiracy to Commit Mail Theft, Receive & Possess Stolen Mail  (09/92 - 01/93)   CT 1 | 1 | x | |
| 18:1708 | Possession of Stolen Mail (1993)   CTS 36 - 40 | 5 | CT40 | x |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE

KEY DATE — EARLIEST OF

☐ arrest
☐ sum'ns
☐ custody
☐ appears on complaint

KEY DATE — APPLICABLE
05-13-93

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)

☒ Indictment
☐ filed/unsealed
☐ consent to Magr trial on complaint
☐ Information
☐ Felony Waiver

KEY DATE
05-27-93

a)☒ 1st appears on pending charge /R40
b)☐ Receive file R20/21
d)☐ Supsdg ☐ ind ☐ inf
e)☐ Remand  f)☐ G/P Withdrawn

END INTERVAL TWO

KEY DATE — APPLICABLE
09-20-93

☐ Dismissal
☐ Pled  x After N.G.
☐ Nolo  x After nolo
☐ Trial (or dire) began
☐ Jury  ☐ N.J.

| 1st appears with or waives counsel 05-27-93 | ARRAIGNMENT 05-27-93 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 09-20-93 | SENTENCE DATE 02-22-94 | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W P ☐ WOP | on Def motion on gov't motion |

## III. MAGISTRATE

| | | | | | | |
|---|---|---|---|---|---|---|
| Search Warrant | Issued / Return | DATE | INITIAL NO. | INITIAL APPEARANCE DATE ▶ | INITIAL NO. | OUTCOME |
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled / Date Held ▶ | HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED   Tape Number | | HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information

(01) Tran, (02) Kakinami, (03) Eff, (04) Okemura, (05) Bruce, (06) Fontaine

20  21  40  Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U.S. Attorney or Asst.

**ELLIOT ENOKI**
by Sharon Burnham Takeuchi, Asst. U.S. Atty.

Defense: 1 ☒ CJA.  2 ☐ Ret  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other  6 ☐ PD  7 ☐ CD

LANE TAKAHASHI
745 Fort Street #2121
Honolulu, Hawaii 96813
ph:  521-7181

MAR 5  1994

BAIL • RELEASE

PRE - INDICTMENT

Release Date _____
Bail ☐ Denied   ☐ Fugitive / ☐ Pers. Rec. / ☐ PSA
AMOUNT SET
$ _____   Conditions
Date Set   ☐ 10% Dep. / ☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Prty / ☐ Other

POST - INDICTMENT

Release Date _____
Bail ☐ Denied   ☐ Fugitive / ☐ Pers. Rec. / ☐ PSA
AMOUNT SET
$ _____   Conditions
Date Set   ☐ 10% Dep. / ☐ Surety Bnd
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Prty / ☐ Other

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS   Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|------|----------------|-------------|------|----------------|-------------|

| DATE | By | Docket No | DEF | | VI EXCLUDABLE DELAY | | |
| DOCUMENT NO. | 93 93 00224 HMF | 05 | MASTER DOCKET MULTIPLE DEFENDANT CASE  PAGE [x] OF [ ]  PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | Start Date  Expiration  End Date | Ltr  Code | Total  Days |

**1993**

(OPTIONAL) Show last names of defendants

**V. PROCEEDINGS**

| | | |
|---|---|---|
| May 13 | 1 | <u>EP:</u>  FIRST SUPERSEDING INDICTMENT - PS ordered (Judith Powers) <u>KURREN</u> |
| | 2 | PS issued; retn 05/27/93 at 10:30 a.m. (BMK) |
| 27 | 3 | Return on PS executed by USM on 05-22-93 via certified mail |
| 27 | 4 | <u>EP:</u>  A&P to Superseding Indictment - Tran and Bruce present.  As to 01 Tran: Arrn. waived.  Plea of Not Guilty entered.  Dates given.  Deft. remanded to custody of marshal.  As to 05 Bruce: Deft. sworn to financial affidavit.  Oral M/Court Appt Atty Granted.  Arrn. waived. Plea of  Not Guilty entered. Dates given. Bail set at $25,000.00  signature. Special conditions: 1. Deft not to violate  federal, state or local laws.  2. Deft. to maintain current  residence. 3. Pretrial Service as directed. 4. Deft.  not to leave the Island of Oahu.  5. Deft. does not have  a passport, not to apply for one.  Deft. advised of conditions  of bail.  As to 02 Kakinami - BW previously issued as  to revocation of pretrial release.  If Shaw locates deft,  he will bring her for A&P on 06-14-93 @ 10:30, BMK.  As to 03 Eff, 04 Okemura & 06 Fontaine - penal summons  to issued. Return 06-14-93 @ 10:30, BMK.  Dates given:  JS/JT: 07-13-93 @ 9, HMF.  Final PT: 06-28-93 @ 10:30,  BMK.  Motions due: 06-24-93.  Response due: 07-01-93.  Takeuchi to prepare order re excludable time from 06-08-93  to 07-13-93.  Takeuchi; (01) Spencer; (02) Shaw; (05)  Takahashi present.                    (ESR) <u>KURREN</u> |
| | 5 | Financial Affidavit                         <u>KURREN</u> |
| | 6 | ORDER Setting Conditions of Release - $25,000.00 Signature  Travel: Not leave the island of Oahu w/o the written  consent of the court.  That the defendant maintain his  present address.  Pretrial Services as directed. Obtain  no passport.                         <u>KURREN</u> |
| | 7 | Appearance Bond -  1440 Kapiolani Blvd. #108-185  Honolulu, HI 96814  Ph. 946-6653                         <u>KURREN</u> |
| Jun 22 | 8 | <u>EP:</u> M/Continue Trial - defts 3 & 4 present. Other defts'  presence waived. Motion GRANTED. Seibert to prepare  order re: excludable time. New dates given:  JS/JT 9-28-93 @ 9 am, Judge Fong.  Final PT 9-13-93 @ 10:30 am, Magis Kurren.  Motions due 8-17-93, Response due 8-31-93.  (ESR - MM)                    <u>KURREN</u> |
| Jul 7 | 9 | Notice Of Compliance With Local Rule 320-1(a) |
| Sept 13 | 10 | <u>EP:</u>  FPT - (01) Spencer, (02) Shaw by Spencer, (03) Jones,  (04) G. Young, (05) Takahashi,(06) DiAmore-Siah by Spencer,  & Nakamura. Defts presence waived. FPT form used.  Trial to last 2 weeks. Deft 02 Kakinami's M/Leave To  File Late M/Bill of Particulars & For Bill of Particulars -  **DENIED** w/o prejudice. Nakamura to prepare order. (ESR) <u>KURREN</u> |

**\* see next page \***

CONTINUING TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET     U. S. vs     BRUCE, JEFFREY JAMES

AO 256A ⊕

Page   2
93 00224 HMF 05

Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1993**<br>Sept 17 | 11 | **EO:** C/OP as to 04 Okemura & 05 Bruce.<br>As to deft 04 - 09-21-93 at 9 (F)<br>As to deft 05 - 09-20-93 at 1:30 (F)<br>Notified Nakamura, Defts counsel.<br>ccd: USPO, USM                          FONG | | | | |
| 20 | 12 | **EP:** Change of Plea - Deft. present.<br>Deft. sworn in. Court Questions the Deft. Deft. enters<br>a Plea of Guilty as to Cts 36, 37, 38 & 39. Memorandum<br>of Plea Agreement was signed & filed. Court accepts the<br>Plea of Guilty as to Cts 36, 37, 38 & 39 and adjudges<br>the Deft. Guilty. Court defers acceptance of the Memorandum<br>of Plea Agreement until the time of sentence. Deft. referred<br>to the U.S. Probation Office for the Pre-Sent & Investigation<br>Report. Sentence will be set for 01-24-94 @ 1:30 p.m.<br>Same Bail to Continue. Craig Nakamura & Agent Judy Brown<br>& Lane Takahashi present.      (SP) FONG | | | | |
| | 13 | Memorandum of Plea Agreement | | | | |
| 22 | 14 | APPOINTMENT V#0576854 - Lane Y. Takahashi, Esq.<br>Nunc Pro Tunc date: 05-27-93 - $2150.05 - 04/15/94 - FONG | | | | |
| Oct 18 | 15 | **EO:** Sentence as to Cts 36, 37, 38 & 39 presently set for<br>01-24-94 is hereby continue to 02-22-94 @ 2:15 p.m.<br>before Judge Harold M. Fong. cc: All counsel of record,<br>U.S. Probation Office & U.S. Marshal's Office. FONG | | | | |
| Dec 28 | 16 | Sentencing Statement and Certificate of Service | | | | |
| 29 | 17 | Government's Sentencing Statement; Certificate of Service | | | | |
| **1994**<br>Jan 26 | 18 | United States' Motion for Downward Departure; Certificate of<br>Service                          **SEALED** | | | | |
| Feb 22 | 19 | **EP:** SENTENCING to CTS 36, 37, 38 & 39 - Nakamura, Takahashi<br>Govt's M/Downward Departure `- **GRANTED**<br>Allocution by the deft.<br>Adj - 5 yrs prob as to each count to run concurrently<br>upon the following spec conds:<br>1) That the deft participate in a substance abuse program,<br>which may include drug testing, at the discretion &<br>direction of the probation office;<br>2) That the deft participate in a mental health program<br>at the discretion & direction of the prob office;<br>3) That the deft pay restitution of $4,789.19 in a manner<br>as directed by the prob office;<br>4) That the deft provide the prob office access to any requested<br>financial information.      ****contd -* see next page * | | | | |

Interval<br>(per Section II) | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                          BRUCE, JEFFREY JAMES            CR93-00224 HMF 05   page 3

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1994 Feb 22 | | **Contd SENTENCING :** Spec Mon Assess - $ 200.00 payable forthwith Memorandum of Plea Agreement accepted M/Dismiss Remaining Counts of the 1st Sup Ind - **GRANTED** Adv of right to appeal the sentence, etc (Lisa Groulx-Thompson)  FONG | | | | |
| Mar 4 | 20 | Judgment in a Criminal Case        FONG | | | | |
| 22 | 21 | Findings and Recommendations on Criminal Justice Act Compensation Claim $2,150.05              YAMASHITA | | | | |
| Apr 29 | 22 | Presentence Report - Filed Under Seal & Returned to USPO | | | | |
| | 23 | Sentencing Recommendation - Filed Under Seal & Returned to USPO | | | | |
| 1996 Feb 27 | 24 | ORDER GRANTING Permission to Leave Jurisdiction    KAY | | | | |
| 1997 Oct 20 | 25 | Report and Order Terminating Probation Prior to Original Expiration Date              GILLMOR | | | | |

Interval        Start Date    Ltr. Total
(per Section II)    End Date     Code Days